AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:14-cv-00391-DBP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **OMAR KHADR**
was received by me on *(date)* **JUNE 9, 2014**.

☒ I personally served the summons on the individual at *(place)* **the BOWDEN INSTITUTION located at Township Road 350 and Range Road 10, INNISFAIL, AB** on *(date)* **JUNE 19, 2014**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **JUNE 23, 2014**

*Jamie Selfors*
Server's signature

**JAMIE SELFORS, PROCESS SERVER**
Printed name and title

**233 KINGSTON DRIVE, RED DEER, AB**
Server's address

Additional information regarding attempted service, etc: