# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
1) *que la demande a été exécutée*
 — the (date) — *le (date)* __JUNE 19, 2014__
 — at (place, street, number) - *à (localité, rue, numéro)*
 __BOWDEN INSTITUTION located at TOWNSHIP ROAD 350 and RANGE ROAD 10, INNISFAIL, AB.__

 — in one of the following methods authorized by article 5:
 — *dans une des formes suivantes prévues à l'article 5:*

 [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
 a) *selon les formes légales (article 5, alinéa premier, lettre a)*

 ~~[ ] (b) in accordance with the following particular method:~~
 b) *selon la forme particulière suivante:*

 [ ] (c) by delivery to the addressee, who ~~accepted it voluntarily.*~~
 c) *par remise simple.*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

 - (identity and description of person)
 - *(Identité et qualité de la personne)*
 __OMAR KHADR, an Individual__

 - relationship to the addressee family, business or other
 - *liens de parenté de subordination ou autres avec le destinataire de l'acte:*

~~2) that the document has not been served, by reason of the following facts*:~~
2) *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pièces renvoyées*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

__SUMMONS IN A CIVIL ACTION (2:14-CV-00391-DBP)__
__COMPLAINT__
__EXHIBITS 1, 2, 3__

Done at __RED DEER__, the __23rd__ day
*Fait à* , *le* of __JUNE, 2014__

Signature and/or stamp
*Signature et/ou cachet*

__Jamie Selfors__
__JAMIE SELFORS__