Donald J. Winder (UT #3519)
Laura H. Tanner (UT #13882)
**WINDER & COUNSEL, P.C.**
460 South 400 East
Salt Lake City, UT  84111
Telephone: (801) 322-2222
Facsimile:  (801) 322-2282

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT,
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **LAYNE MORRIS, an individual; LEISL MORRIS in her own right, TABITHA SPEER, in her own right; TABITHA SPEER, as Executrix of the ESTATE OF CHRISTOPHER SPEER; and TABITHA SPEER on behalf of her minor children T.S. and T.S.,**  Plaintiffs, v. **OMAR KHADR, an individual,**  Defendant. | **CERTIFICATE OF SERVICE**  Civil No.: 2:14-cv-00391-DBP  **Magistrate Judge:** Dustin B. Pead |

### CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of August 2014, I electronically filed an Amended Complaint with the Clerk of the Court for U.S. District Court for Utah, Central Division, using the Court's CM/ECF system, and sent a true and correct copy of the Amended Complaint to the following:

Dennis Edney
234 Wolf Ridge Close
Edmonton, Alberta
CANADA

T5T 5M6

/s/ Laura Tanner