IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH    CENTRAL DIVISION

| | |
|---|---|
| Layne Morris et al. <br><br> Plaintiffs, <br><br> vs. <br><br> Omar Khadr <br><br> Defendant. | DEFAULT CERTIFICATE <br><br><br> Case No. 2:14 cv 391 DBP |

FILED
U.S. DISTRICT COURT
2014 SEP 23 P 2: 41
DISTRICT OF UTAH
DEPUTY CLERK

Defendant Omar Khadr, having been duly served with a summons and complaint on June 19, 2014 and proof of service having been filed with the court on July 23, 2014, and the defendant having failed to appear and answer the plaintiff's complaint on file or otherwise defaulted and the time for answer having expired, the default of the defendant is entered according to law, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Date: September 23, 2014

D. Mark Jones, Clerk of Court

By: *[signature]*
Louise S. York, Chief Deputy