Donald J. Winder (#3519)
Laura H. Tanner (#13882)
WINDER & COUNSEL, P.C.
460 South 400 East
Salt Lake City, UT 84111
Telephone: (801) 322-2222
Facsimile: (801) 322-2282
ltanner@winderfirm.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LAYNE MORRIS, an individual; LEISL MORRIS in her own right, TABITHA SPEER, in her own right; TABITHA SPEER, as Executrix of the ESTATE OF CHRISTOPHER SPEER; and TABITHA SPEER on behalf of her minor children T.S. and T.S., <br><br> Plaintiffs, <br><br> v. <br><br> OMAR KHADR, an individual, <br><br> Defendant. | AFFIDAVIT OF ATTORNEY FEES AND COSTS <br><br> Civil No.: 2:14-cv-00391-DBP <br><br> Judge Tena Campbell |

STATE OF UTAH       )
                    : ss.
COUNTY OF SALT LAKE  )

      Laura H. Tanner, being first duly sworn under oath, deposes and states as follows:

      1.    I am an attorney with the law firm of Winder & Counsel, P.C. and have been

licensed to practice law in the state of Utah since 2011.

2.      This Affidavit of Attorney Fees and Costs is submitted in accordance with DUCiv

54-2(f).

3.      The law firm of Winder & Counsel, P.C. has represented Plaintiffs in this matter

since the beginning of this action in April, 2012.

4.      Legal services have been rendered by this firm through April 24, 2015, including

time expended by individual members of the firm in the amount of $51,818.43.  Plaintiffs have

incurred additional costs in the amount of $845.78. (*See* Exhibit "1" attached hereto.)

5.      From July 2011 to present, Winder & Counsel's legal rates for this matter were as

follows:

| Attorney/Paralegal/Clerk | Hourly Rate |
|---|---|
| Donald J. Winder (DJW) | $395.00 |
| John W. Holt (JWH) | $310.00 |
| Jerald Hale (JER) | $295.00 |
| Stephen Joe Paul (SJP) | $220.00 |
| Laura Tanner (LXT) | $215.00 |
| Maria Cruz (MC) | $ 90.00 |
| James Jackson (JJ) | $ 90.00 |
| Derek Julio (DCJ) | $100.00 |
| Robert Brennan (RB) | $100.00 |

The total legal fees may then be determined on Exhibit "1" by multiplying the time

expended by the appropriate legal rates in effect at the time.   Winder & Counsel, P.C. "no

2

charged" certain of its time entries and gave its client a courtesy discount. The fees set forth herein are the discounted fees.

6.    Some of the time entries on Exhibit "1" may have been redacted to the extent needed to preserve and protect the attorney-client or work product privileges

7.    The services rendered, as set forth in Exhibit "1," are reasonable and were necessarily incurred to represent Plaintiffs' interests.

8.    The foregoing amounts will be augmented in the amount of attorney fees incurred after April 24, 2015, as shall be established pursuant to Rule DUCivR 54-2(f).

DATED this 24th day of April, 2015.

WINDER & COUNSEL, P.C.

_____

Laura H. Tanner

STATE OF UTAH          )
                       : ss.
COUNTY OF SALT LAKE  )

On the 24th day of April, 2015, before me, a notary public, personally appeared Laura H. Tanner, personally known to me to be the person whose name is subscribed to this instrument, and acknowledged that she executed the same.

NOTARY PUBLIC

SUSAN J. MOEN
NOTARY PUBLIC - STATE OF UTAH
My Comm. Exp. 02/20/2019
Commission # 681952

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of April, 2015, I caused to be served a true and correct copy of the foregoing AFFIDAVIT OF ATTORNEY FEES AND COSTS to the following by the method indicated below:

| | |
|---|---|
| Omar Khadr | (X) U.S. Mail, Postage Prepaid |
| c/o The Bowden Institution | (  ) Hand Delivered |
| P.O. Box 6000 | (  ) Overnight Mail |
| Innisfail, Alberta | (  ) Facsimile |
| T4G 1V1 | (  ) Electronic Filing System |
| CANADA | |
| | |
| Dennis Edney, P.C. | (X) U.S. Mail, Postage Prepaid |
| 234 Wolf Ridge Close | (  ) Hand Delivered |
| Edmonton, Alberta | (  ) Overnight Mail |
| T5T 5M6 | (  ) Facsimile |
| CANADA | (  ) Electronic Filing System |

/s/ Laura H. Tanner

4

# EXHIBIT
## "1"

4/24/2015        Winder and Counsel
10:34 AM     Slip Listing Detail By Category (Fees & Costs)        Page    1

---

Selection Criteria

---

Clie.Selection        Include: 4150.006

---

| Slip ID Dates and Time Status Description | | Timekeeper Activity Client Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| **Slip Type: Time** | | | | | |
| 45143 4/18/2012 Billed | TIME | JER bw Morris v. Omar Khadr | 0.40 | $295.00 | $118.00 |
| ████████████████████████ | | | | | |
| 49126 8/7/2012 Billed | TIME | DJW bw Morris v. Omar Khadr | 0.40 | $395.00 | $158.00 |
| Receive and review email from and telephone conference ████████████ | | | | | |
| 49127 8/8/2012 Billed | TIME | DJW bw Morris v. Omar Khadr | 0.30 | $395.00 | $118.50 |
| Prepare email to clients | | | | | |
| 49142 8/8/2012 Billed | TIME | JER bw Morris v. Omar Khadr | 1.20 | $295.00 | $354.00 |
| Draft and send letter to clients regarding developments in the Omar Khadr matter in Canada | | | | | |
| 49300 8/13/2012 .Billed | TIME | JER bw Morris v. Omar Khadr | 0.65 | $295.00 | $191.75 |
| Telephone call and e-mail with Layne Morris regarding recent developments | | | | | |
| 49309 8/14/2012 Billed | TIME | JER bw Morris v. Omar Khadr | 0.40 | $295.00 | $118.00 |
| Draft file memo regarding Morris position on litigation and Canada travel | | | | | |
| 49380 8/14/2012 Billed | TIME | DJW bw Morris v. Omar Khadr | 0.15 | $395.00 | $59.25 |

Winder and Counsel
Slip Listing Detail By Category (Fees & Costs)

| Slip ID Dates and Time Status Description | Timekeeper Activity Client Reference | | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Review status regarding Morris' position | | | | | |
| 49950 8/29/2012 Billed | TIME | DJW bw Morris v. Omar Khadr | 0.20 | $395.00 | $79.00 |
| Receive and review email ████████████████████ ████████ | | | | | |
| 50074 8/31/2012 Billed | TIME | JER bw Morris v. Omar Khadr | 0.30 | $295.00 | $88.50 |
| E-mail follow up with Jeth Rey regarding contact with Mrs. Speer | | | | | |
| 50476 9/13/2012 Billed | TIME | JER bw Morris v. Omar Khadr | 0.60 | $295.00 | $177.00 |
| Follow up with Tabitha Speer regarding letter sent last month | | | | | |
| 50544 9/13/2012 Billed | TIME No Charge | DJW bw Morris v. Omar Khadr | 0.15 | $395.00 | $59.25 |
| Review status | | | | | |
| 50545 9/14/2012 Billed | TIME | DJW bw Morris v. Omar Khadr | 0.15 | $395.00 | $59.25 |
| Receive and review memo regarding status | | | | | |
| 51262 9/14/2012 Billed | TIME | JER bw Morris v. Omar Khadr | 1.50 | $295.00 | $442.50 |
| Telephone call with Tabitha regarding developments in Canada; ████████ ████████████ | | | | | |
| 50759 9/21/2012 Billed | TIME | JER bw Morris v. Omar Khadr | 0.35 | $295.00 | $103.25 |
| Correspondence with Tabitha Speer ████████████████████████ | | | | | |
| 51598 10/2/2012 Billed | TIME | DJW bw Morris v. Omar Khadr | 1.00 | $395.00 | $395.00 |

4/24/2015
10:34 AM

Winder and Counsel
Slip Listing Detail By Category (Fees & Costs)

Page    3

| Slip ID<br>Dates and Time<br>Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| ████████████████ | ████████████ | | | | |
| 51805<br>10/2/2012<br>Billed | TIME<br><br>No Charge | DJW<br>bw<br>Morris v. Omar Khadr | 0.20 | $395.00 | $79.00 |
| Receive and review Wall St. Journal Article | | | | | |
| 51472<br>10/2/2012<br>Billed | TIME | JER<br>bw<br>Morris v. Omar Khadr | 0.30 | $295.00 | $88.50 |
| E-mail correspondence ███████████████████ | | | | | |
| 51584<br>10/2/2012<br>Billed | TIME | SJP<br>bw<br>Morris v. Omar Khadr | 1.50 | $220.00 | $330.00 |
| Review file; research ████████████████ | | | | | |
| 51477<br>10/3/2012<br>Billed | TIME | JER<br>bw<br>Morris v. Omar Khadr | 0.25 | $295.00 | $73.75 |
| ██████████████████████ | | | | | |
| 51599<br>10/3/2012<br>Billed | TIME | DJW<br>bw<br>Morris v. Omar Khadr | 1.00 | $395.00 | $395.00 |
| Telephone conference with Attorney Chipeur (lengthy); Preparation -<br>Case strategy, Preparation ████████████ | | | | | |
| 51588<br>10/3/2012<br>Billed | TIME | SJP<br>bw<br>Morris v. Omar Khadr | 1.30 | $220.00 | $286.00 |
| Conference call with attorney in Canada regarding bringing an action in<br>Canada; continue to research ██████████████ | | | | | |
| 51806<br>10/5/2012<br>Billed | TIME | DJW<br>bw<br>Morris v. Omar Khadr | 0.25 | $395.00 | $98.75 |
| ████████████████████ | | | | | |

4/24/2015                              Winder and Counsel
10:34 AM              Slip Listing Detail By Category (Fees & Costs)                Page      4

| Slip ID Dates and Time Status Description | | Timekeeper Activity Client Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 51679 10/9/2012 Billed | TIME | SJP bw Morris v. Omar Khadr | 2.30 | $220.00 | $506.00 |
| Draft letter to clients regarding Canadian action; search for retainer agreement; ██████████ | | | | | |
| 51807 10/9/2012 Billed | TIME | DJW bw Morris v. Omar Khadr | 0.50 | $395.00 | $197.50 |
| Review status and prepare for telephone call ████████ ████████████████████████████ | | | | | |
| 51667 10/9/2012 Billed | TIME | JER bw Morris v. Omar Khadr | 1.25 | $295.00 | $368.75 |
| Research and prepare documents for Canadian litigation | | | | | |
| 51792 10/10/2012 Billed | TIME | JER bw Morris v. Omar Khadr | 0.70 | $295.00 | $206.50 |
| ███████████████████████████ | | | | | |
| 51705 10/10/2012 Billed | TIME | SJP bw Morris v. Omar Khadr | 2.50 | $220.00 | $550.00 |
| █████████████████████ draft email to co-counsel regarding parole hearing; ███████ review file. | | | | | |
| 51808 10/10/2012 Billed | TIME | DJW bw Morris v. Omar Khadr | 1.75 | $395.00 | $691.25 |
| ███████████████████████████ | | | | | |
| 51804 10/11/2012 Billed | TIME | No Charge | DJW bw Morris v. Omar Khadr | 0.20 | $395.00 | $79.00 |
| Receive and review Retainer Letter | | | | | |

4/24/2015
10:34 AM

Winder and Counsel
Slip Listing Detail By Category (Fees & Costs)

Page     5

| Slip ID Dates and Time Status Description | | Timekeeper Activity Client Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 51835 10/11/2012 Billed | TIME | SJP bw Morris v. Omar Khadr | 0.40 | $220.00 | $88.00 |
| Locate and review retainer agreements. | | | | | |
| 51788 10/12/2012 Billed | TIME | SJP bw Morris v. Omar Khadr | 1.50 | $220.00 | $330.00 |
| Draft email to co-counsel regarding retainers; ██████████████ | | | | | |
| 51834 10/15/2012 Billed | TIME | SJP bw Morris v. Omar Khadr | 0.30 | $220.00 | $66.00 |
| Email co-counsel in Canada regarding retainer agreements and case status. | | | | | |
| 51847 10/16/2012 Billed | TIME | DJW bw Morris v. Omar Khadr | 0.25 | $395.00 | $98.75 |
| ████████████████████████ | | | | | |
| 51880 10/16/2012 Billed | TIME | SJP bw Morris v. Omar Khadr | 3.00 | $220.00 | $660.00 |
| ████████████████████████ | | | | | |
| 51981 10/17/2012 Billed | TIME | SJP bw Morris v. Omar Khadr | 0.70 | $220.00 | $154.00 |
| ████████████████████████ | | | | | |
| 52049 10/18/2012 Billed | TIME | DJW bw Morris v. Omar Khadr | 0.25 | $395.00 | $98.75 |
| ████████████████████████ | | | | | |

4/24/2015
10:34 AM

Winder and Counsel
Slip Listing Detail By Category (Fees & Costs)

Page      6

| Slip ID | | Timekeeper | | | |
| Dates and Time | | Activity | | | |
| Status | | Client | | | |
| Description | | Reference | Units | Rate | Slip Value |
| --- | --- | --- | --- | --- | --- |
| 52021 | TIME | SJP | 1.30 | $220.00 | $286.00 |
| 10/18/2012 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |
| ███████████████████████ | | | | | |
| 52223 | TIME | SJP | 0.50 | $220.00 | $110.00 |
| 10/22/2012 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |
| Correspond with Canadian Counsel regarding Khadr's parole hearing and trust fund; call with Tabitha ██████ | | | | | |
| 52310 | TIME | DJW | 0.25 | $395.00 | $98.75 |
| 10/22/2012 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |
| ███████████████████████ | | | | | |
| 52311 | TIME | DJW | 0.45 | $395.00 | $177.75 |
| 10/22/2012 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |
| Telephone conference with co-counsel (Gerald)(lengthy) and preparation - case strategy | | | | | |
| 52291 | TIME | DJW | 0.20 | $395.00 | $79.00 |
| 10/25/2012 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |
| ███████████████████████ | | | | | |
| 52896 | TIME | SJP | 0.60 | $220.00 | $132.00 |
| 11/7/2012 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |
| ██████████████ Review email by Canadian co-counsel regarding Iran's Canadian assets. | | | | | |
| 53110 | TIME | SJP | 0.30 | $220.00 | $66.00 |
| 11/12/2012 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |
| Email to Canadian co-counsel regarding whether he can represent Speer/Morris in Canada. | | | | | |
| 53018 | TIME | DJW | 0.15 | $395.00 | $59.25 |
| 11/12/2012 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |

4/24/2015 | | | Winder and Counsel | | | |
10:34 AM | | | Slip Listing Detail By Category (Fees & Costs) | | Page | 7 |

| Slip ID | | Timekeeper | | | |
| Dates and Time | | Activity | | | |
| Status | | Client | | | |
| Description | | Reference | Units | Rate | Slip Value |
| Review status | | | | | |
| 53269 | TIME | SJP | 0.40 | $220.00 | $88.00 |
| 11/16/2012 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |

████████████████████████████████

| 53277 | TIME | SJP | 0.40 | $220.00 | $88.00 |
| 11/19/2012 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |

████████████████████████████████

| 53133 | TIME | SJP | 0.70 | $220.00 | $154.00 |
| 11/21/2012 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |

Review email from Canadian counsel declining to represent
Speer/Morris; Conference call with Tabitha ████████████

| 53137 | TIME | SJP | 0.50 | $220.00 | $110.00 |
| 11/22/2012 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |

Conference call with Tabitha's ████████████████████
████████

| 53268 | TIME | SJP | 0.50 | $220.00 | $110.00 |
| 11/26/2012 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |

Conference call with Tabitha regarding status with Canadian counsel,
the Parole hearing ████████████

| 53995 | TIME | DJW | 0.15 | $395.00 | $59.25 |
| 12/5/2012 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |

Review status

| 53949 | TIME | SJP | 0.50 | $220.00 | $110.00 |
| 12/6/2012 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |

email and conference call with Canadian counsel regarding new
counsel for Canadian action.

4/24/2015
10:34 AM

### Winder and Counsel
Slip Listing Detail By Category (Fees & Costs)

Page       8

| Slip ID<br>Dates and Time<br>Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|---|
| 53955<br>12/7/2012<br>Billed | TIME | | SJP<br>bw<br>Morris v. Omar Khadr | 0.50 | $220.00 | $110.00 |
| Review email with information regarding parole hearing for Khadr. | | | | | | |
| 54071<br>12/10/2012<br>Billed | TIME | | DJW<br>bw<br>Morris v. Omar Khadr | 0.15 | $395.00 | $59.25 |
| Review status | | | | | | |
| 54961<br>1/2/2013<br>Billed | TIME | No Charge | DJW<br>bw<br>Morris v. Omar Khadr | 0.20 | $395.00 | $79.00 |
| Receive and review Shephard Article | | | | | | |
| 54771<br>1/3/2013<br>Billed | TIME | No Charge | DJW<br>bw<br>Morris v. Omar Khadr | 0.20 | $395.00 | $79.00 |
| Review status ███████████████████ | | | | | | |
| 55028<br>1/3/2013<br>Billed | TIME | | JER<br>bw<br>Morris v. Omar Khadr | 0.50 | $295.00 | $147.50 |
| ██████████████████████████ | | | | | | |
| 55029<br>1/4/2013<br>Billed | TIME | | JER<br>bw<br>Morris v. Omar Khadr | 0.15 | $295.00 | $44.25 |
| ██████████████████████████ | | | | | | |
| 55032<br>1/7/2013<br>Billed | TIME | | JER<br>bw<br>Morris v. Omar Khadr | 0.40 | $295.00 | $118.00 |
| ██████████████████████████ | | | | | | |
| 55043<br>1/9/2013<br>Billed | TIME | | JER<br>bw<br>Morris v. Omar Khadr | 0.90 | $295.00 | $265.50 |
| ██████████████████████████ | | | | | | |

Winder and Counsel
Slip Listing Detail By Category (Fees & Costs)

| Slip ID<br>Dates and Time<br>Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|---|
| 55375<br>1/16/2013<br>Billed | TIME | | JER<br>bw<br>Morris v. Omar Khadr | 0.50 | $295.00 | $147.50 |
| Correspondence and telephone call with Gerald Chipeur regarding conflict counsel | | | | | | |
| 55093<br>1/16/2013<br>Billed | TIME | No Charge | DJW<br>bw<br>Morris v. Omar Khadr | 0.25 | $395.00 | $98.75 |
| ██████████████████████████ | | | | | | |
| 55377<br>1/17/2013<br>Billed | TIME | | JER<br>bw<br>Morris v. Omar Khadr | 0.45 | $295.00 | $132.75 |
| Correspondence with G. Chipeur's office regarding telephone conference with replacement counsel, Jennifer King; correspondence with Tabitha ██████████ | | | | | | |
| 55187<br>1/17/2013<br>Billed | TIME | No Charge | DJW<br>bw<br>Morris v. Omar Khadr | 0.15 | $395.00 | $59.25 |
| Review status | | | | | | |
| 55559<br>1/30/2013<br>Billed | TIME | | JER<br>bw<br>Morris v. Omar Khadr | 0.45 | $295.00 | $132.75 |
| Prepare for telephone conference with Canadian counsel | | | | | | |
| 55650<br>1/31/2013<br>Billed | TIME | | JER<br>bw<br>Morris v. Omar Khadr | 0.90 | $295.00 | $265.50 |
| Conference call with Gerald Chipeur and Jacquline King (lengthy) regarding Canadian litigation against Omar Kadhr | | | | | | |
| 55948<br>2/5/2013<br>Billed | TIME | | JER<br>bw<br>Morris v. Omar Khadr | 0.20 | $295.00 | $59.00 |
| Follow up on money from Canada for children's accounts | | | | | | |
| 55960<br>2/11/2013<br>Billed | TIME | No Charge | DJW<br>bw<br>Morris v. Omar Khadr | 0.20 | $395.00 | $79.00 |
| Review status | | | | | | |

4/24/2015
10:34 AM

Winder and Counsel
Slip Listing Detail By Category (Fees & Costs)

Page      10

| Slip ID | | Timekeeper | | | |
| Dates and Time | | Activity | | | |
| Status | | Client | | | |
| Description | | Reference | Units | Rate | Slip Value |
| --- | --- | --- | --- | --- | --- |
| 56841 | TIME | JER | 0.50 | $295.00 | $147.50 |
| 3/1/2013 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |

E-mail correspondence ████████████████████████
██████; e-mail correspondence with Jacquline King regarding status of research

| 56956 | TIME | DJW | 0.15 | $395.00 | $59.25 |
| 3/18/2013 | | bw | | | |
| Billed | No Charge | Morris v. Omar Khadr | | | |

Review status

| 57148 | TIME | DJW | 0.25 | $395.00 | $98.75 |
| 3/19/2013 | | bw | | | |
| Billed | No Charge | Morris v. Omar Khadr | | | |

███████████████████████████████

| 57125 | TIME | JER | 1.25 | $295.00 | $368.75 |
| 3/22/2013 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |

Research on issues related to "acts of war"; correspondence with Jacqueline King regarding same and Canadian limitations periods

| 57573 | TIME | DJW | 0.30 | $395.00 | $118.50 |
| 3/27/2013 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |

Receive and review email ████████████████████

| 57504 | TIME | JER | 0.25 | $295.00 | $73.75 |
| 3/28/2013 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |

███████████████████████████

| 57656 | TIME | DJW | 0.20 | $395.00 | $79.00 |
| 4/1/2013 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |

Review status and prepare for telephone conference with Canadian counsel

| 58344 | TIME | JER | 0.30 | $295.00 | $88.50 |
| 4/5/2013 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |

4/24/2015                Winder and Counsel
10:34 AM        Slip Listing Detail By Category (Fees & Costs)          Page    11

| Slip ID<br>Dates and Time<br>Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| Correspondence with Jacqueline King regarding case and phone conference dates | | | | |
| 57810<br>4/8/2013<br>Billed | TIME | JER<br>bw<br>Morris v. Omar Khadr | 0.85 | $295.00 | $250.75 |
| E-mail correspondence with Jacquiline King regarding conference; receive and review press information; prepare for call | | | | |
| 58397<br>4/8/2013<br>Billed | TIME | DJW<br>bw<br>Morris v. Omar Khadr | 0.60 | $395.00 | $237.00 |
| Prepare for telephone conference with new co-counsel (King) and receive and review her web site, receive and review article from the Globe regarding al-Qaeda Appeals Court Ruling, file review | | | | |
| 58398<br>4/9/2013<br>Billed | TIME | DJW<br>bw<br>Morris v. Omar Khadr | 0.60 | $395.00 | $237.00 |
| Legal research regarding Hamdan, prepare for telephone conference with co-counsel (King) | | | | |
| 58651<br>4/9/2013<br>Billed | TIME | JER<br>bw<br>Morris v. Omar Khadr | 0.55 | $295.00 | $162.25 |
| Review new case law in preparation for telephone conference | | | | |
| 58199<br>4/10/2013<br>Billed | TIME | JER<br>bw<br>Morris v. Omar Khadr | 1.10 | $295.00 | $324.50 |
| Correspondence with Jacquiline King regarding conference call; review additional recent case law | | | | |
| 58399<br>4/10/2013<br>Billed | TIME | DJW<br>bw<br>Morris v. Omar Khadr | 0.35 | $395.00 | $138.25 |
| Prepare for and attend telephone conference with co-counsel (King), file review regarding Order vs. Ahmed Khadr | | | | |
| 58812<br>4/22/2013<br>Billed | TIME     No Charge | DJW<br>bw<br>Morris v. Omar Khadr | 0.15 | $395.00 | $59.25 |
| Review status | | | | |

4/24/2015
10:34 AM

Winder and Counsel
Slip Listing Detail By Category (Fees & Costs)

Page     12

| Slip ID<br>Dates and Time<br>Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 58999<br>4/29/2013<br>Billed | TIME | JER<br>bw<br>Morris v. Omar Khadr | 0.25 | $295.00 | $73.75 |
| Further contact with Jacqueline King's office regarding conference | | | | | |
| 59845<br>5/6/2013<br>Billed | TIME | JER<br>bw<br>Morris v. Omar Khadr | 0.40 | $295.00 | $118.00 |
| Correspondence with Jacqueline King regarding desire to remain<br>involved in the case | | | | | |
| 59288<br>5/7/2013<br>Billed | TIME | BCF<br>Communicate (in firm)<br>Morris v. Omar Khadr | 0.60 | $75.00 | $45.00 |
| Communications re case status and next steps to secure Canadian<br>counsel | | | | | |
| 59888<br>5/15/2013<br>Billed | TIME | JER<br>bw<br>Morris v. Omar Khadr | 0.50 | $295.00 | $147.50 |
| Telephone call and e-mail correspondence with Gerald Chipeu<br>regarding lack of contact with Jacqueline King | | | | | |
| 59820<br>5/20/2013<br>Billed | TIME | BCF<br>Communicate (in firm)<br>Morris v. Omar Khadr | 0.20 | $75.00 | $15.00 |
| Follow up with JER on status of Canadian counsel | | | | | |
| 59402<br>5/20/2013<br>Billed | TIME | DJW<br>bw<br>Morris v. Omar Khadr | 0.15 | $395.00 | $59.25 |
| Review status | | | | | |
| 59896<br>5/23/2013<br>Billed | TIME | JER<br>bw<br>Morris v. Omar Khadr | 0.20 | $295.00 | $59.00 |
| Follow up with Gerald Chipeau regarding Jacqueline King | | | | | |
| 59897<br>5/24/2013<br>Billed | TIME | JER<br>bw<br>Morris v. Omar Khadr | 0.50 | $295.00 | $147.50 |
| Correspondence with Jacqueline King regarding status of her research<br>and setting time for conference call | | | | | |

4/24/2015                                    Winder and Counsel
10:34 AM                      Slip Listing Detail By Category (Fees & Costs)                    Page    13

| Slip ID<br>Dates and Time<br>Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|---|
| 59592<br>5/29/2013<br>Billed | TIME | No Charge | DJW<br>bw<br>Morris v. Omar Khadr | 0.15 | $395.00 | $59.25 |
| Review status | | | | | | |
| 59927<br>5/30/2013<br>Billed | TIME | | DJW<br>bw<br>Morris v. Omar Khadr | 0.25 | $395.00 | $98.75 |
| Prepare for telephone conference with co-counsel Smith and file review | | | | | | |
| 59903<br>5/30/2013<br>Billed | TIME | | JER<br>bw<br>Morris v. Omar Khadr | 0.50 | $295.00 | $147.50 |
| Correspondence with Jacqueline King regarding telephone conference | | | | | | |
| 59928<br>5/31/2013<br>Billed | TIME | | DJW<br>bw<br>Morris v. Omar Khadr | 0.10 | $395.00 | $39.50 |
| Prepare for (further) telephone conference with co-counsel Smith and file review | | | | | | |
| 60102<br>6/4/2013<br>Billed | TIME | | DJW<br>bw<br>Morris v. Omar Khadr | 1.00 | $395.00 | $395.00 |
| Prepare for and attend telephone conference with co-counsel (King)(very lengthy) and case preparation | | | | | | |
| 60054<br>6/4/2013<br>Billed | TIME | | JER<br>bw<br>Morris v. Omar Khadr | 0.55 | $295.00 | $162.25 |
| Conference call with Jacqueline King and DJW | | | | | | |
| 60351<br>6/11/2013<br>Billed | TIME | | DJW<br>bw<br>Morris v. Omar Khadr | 0.15 | $395.00 | $59.25 |
| Telephone conference with opposing counsel's office | | | | | | |
| 61661<br>7/8/2013<br>Billed | TIME | | DJW<br>bw<br>Morris v. Omar Khadr | 0.25 | $395.00 | $98.75 |
| Receive and review Factum | | | | | | |

4/24/2015
10:34 AM

Winder and Counsel
Slip Listing Detail By Category (Fees & Costs)

Page     14

| Slip ID<br>Dates and Time<br>Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 62100<br>8/8/2013<br>Billed | TIME | DJW<br>bw<br>Morris v. Omar Khadr | 0.40 | $395.00 | $158.00 |
| Preparation e-mail to clients and complaint | | | | | |
| 62457<br>8/14/2013<br>Billed | TIME | JER<br>bw<br>Morris v. Omar Khadr | 0.85 | $295.00 | $250.75 |
| Research on claims and venue | | | | | |
| 62244<br>8/14/2013<br>Billed | TIME | No Charge | DJW<br>bw<br>Morris v. Omar Khadr | 0.15 | $395.00 | $59.25 |
| Review status | | | | | |
| 62245<br>8/15/2013<br>Billed | TIME | DJW<br>bw<br>Morris v. Omar Khadr | 0.45 | $395.00 | $177.75 |
| Receive and review interview request from Sun News, transmit to clients, telephone conference with client (Layne) and preparation - response | | | | | |
| 62452<br>8/19/2013<br>Billed | TIME | JER<br>bw<br>Morris v. Omar Khadr | 2.20 | $295.00 | $649.00 |
| Additional research on legal issues; begin drafting complaint; follow up with T. Speer | | | | | |
| 62326<br>8/21/2013<br>Billed | TIME | JER<br>bw<br>Morris v. Omar Khadr | 2.35 | $295.00 | $693.25 |
| Draft complaint | | | | | |
| 64133<br>10/9/2013<br>Billed | TIME | DJW<br>bw<br>Morris v. Omar Khadr | 0.50 | $395.00 | $197.50 |
| Review and revise Complaint | | | | | |
| 64095<br>10/11/2013<br>Billed | TIME | JER<br>bw<br>Morris v. Omar Khadr | 0.30 | $295.00 | $88.50 |
| Correspondence with clients regarding draft complaint | | | | | |

Note: In row 62244, the "No Charge" value appears under the Status column area (to the right of TIME).

4/24/2015                     Winder and Counsel
10:34 AM           Slip Listing Detail By Category (Fees & Costs)          Page     15

| Slip ID Dates and Time Status Description | | Timekeeper Activity Client Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 64923 11/11/2013 Billed | TIME | JER bw Morris v. Omar Khadr | 0.50 | $295.00 | $147.50 |
| E-mail and telephone correspondence with Tabitha and Layne regarding new Complaint | | | | | |
| 68923 11/14/2013 Billed | TIME No Charge | DJW bw Morris v. Omar Khadr | 0.15 | $395.00 | $59.25 |
| Review status | | | | | |
| 69278 11/21/2013 Billed | TIME No Charge | DJW bw Morris v. Omar Khadr | 0.15 | $395.00 | $59.25 |
| Review status | | | | | |
| 69528 11/30/2013 Billed | TIME | DJW bw Morris v. Omar Khadr | 0.45 | $395.00 | $177.75 |
| Review and revise Complaint | | | | | |
| 69880 12/17/2013 Billed | TIME | DJW bw Morris v. Omar Khadr | 0.65 | $395.00 | $256.75 |
| Review and revise (further) Complaint | | | | | |
| 69917 12/18/2013 Billed | TIME | BCF bw Morris v. Omar Khadr | 0.30 | $190.00 | $57.00 |
| Review complaint | | | | | |
| 69958 12/23/2013 Billed | TIME | LXT bw Morris v. Omar Khadr | 2.70 | $215.00 | $580.50 |
| Draft letter to client (Tabitha Speer) regarding documents assigning her as Executrix; revise complaint to include reference to stipulation of facts signed by Omar Khadr | | | | | |
| 69947 12/24/2013 Billed | TIME | MC bw Morris v. Omar Khadr | 0.75 | $90.00 | $67.50 |
| Drafted and sent letter to Tabitha regarding executrix of estate documents. Located a copy of Khadr's signed Statement of Facts admitting guilt. | | | | | |

Winder and Counsel
Slip Listing Detail By Category (Fees & Costs)

| Slip ID Dates and Time Status Description | | Timekeeper Activity Client Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 70295 1/2/2014 Billed | TIME | DJW bw Morris v. Omar Khadr | 0.25 | $395.00 | $98.75 |
| Preparation (further) regarding Complaint | | | | | |
| 70550 1/10/2014 Billed | TIME | DJW bw Morris v. Omar Khadr | 0.20 | $395.00 | $79.00 |
| Preparation - filing of Complaint | | | | | |
| 70403 1/12/2014 Billed | TIME | LXT bw Morris v. Omar Khadr | 0.50 | $215.00 | $107.50 |
| ███████████████████████████ | | | | | |
| 70594 1/16/2014 Billed | TIME | DJW bw Morris v. Omar Khadr | 0.45 | $395.00 | $177.75 |
| Finalize Complaint | | | | | |
| 70777 1/17/2014 Billed | TIME | DJW bw Morris v. Omar Khadr | 0.65 | $395.00 | $256.75 |
| Receive and review Stipulation in Omar's criminal case and review and revise the Complaint (further) | | | | | |
| 70582 1/22/2014 Billed | TIME | MC bw Morris v. Omar Khadr | 0.40 | $90.00 | $36.00 |
| Located and processed Khadr's Offer for Pre-Trial Agreement. | | | | | |
| 71137 1/23/2014 Billed | TIME | MC bw Morris v. Omar Khadr | 0.95 | $90.00 | $85.50 |
| Edited complaint draft using Khadr's Stipulation of Fact. | | | | | |
| 70662 1/23/2014 Billed | TIME | LXT bw Morris v. Omar Khadr | 1.80 | $215.00 | $387.00 |
| Review pleading from Guantanamo; work on correcting the complaint with new information; | | | | | |

4/24/2015                                Winder and Counsel
10:34 AM            Slip Listing Detail By Category (Fees & Costs)           Page     17

| Slip ID<br>Dates and Time<br>Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 70732<br>1/27/2014<br>Billed | TIME | JER<br>bw<br>Morris v. Omar Khadr | 0.50 | $295.00 | $147.50 |
| Locate court orders and research on solatium damages awards | | | | | |
| 70738<br>1/27/2014<br>Billed | TIME | LXT<br>bw<br>Morris v. Omar Khadr | 1.10 | $215.00 | $236.50 |
| Review stipulation of facts and pleading and begin to incorporate into complaint | | | | | |
| 70815<br>1/27/2014<br>Billed | TIME | MC<br>bw<br>Morris v. Omar Khadr | 0.15 | $90.00 | $13.50 |
| Completed research on Omar Khadr pleadings and documents. | | | | | |
| 70778<br>1/27/2014<br>Billed | TIME | DJW<br>bw<br>Morris v. Omar Khadr | 0.35 | $395.00 | $138.25 |
| Receive and review Pre-Trial Offer | | | | | |
| 70812<br>1/29/2014<br>Billed | TIME | MC<br>bw<br>Morris v. Omar Khadr | 0.50 | $90.00 | $45.00 |
| Attempted to locate Khadr's guilty pleading and waiver of appeal. | | | | | |
| 70813<br>1/30/2014<br>Billed | TIME | MC<br>bw<br>Morris v. Omar Khadr | 0.85 | $90.00 | $76.50 |
| Completed further work on document location. | | | | | |
| 71134<br>2/3/2014<br>Billed | TIME | MC<br>bw<br>Morris v. Omar Khadr | 1.85 | $90.00 | $166.50 |
| Located and processed Waiver of Appellate Rights and trial transcripts of Khadr guilty pleading. | | | | | |
| 71226<br>2/4/2014<br>Billed | TIME | LXT<br>bw<br>Morris v. Omar Khadr | 2.40 | $215.00 | $516.00 |
| Receive and review pleadings work on revisions to Complaint | | | | | |

4/24/2015
10:34 AM

Winder and Counsel
Slip Listing Detail By Category (Fees & Costs)

Page     18

| Slip ID<br>Dates and Time<br>Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 71408<br>2/14/2014<br>Billed | TIME | DJW<br>bw<br>Morris v. Omar Khadr | 0.10 | $395.00 | $39.50 |
| ████████████████████████ | | | | | |
| 71317<br>2/17/2014<br>Billed | TIME | LXT<br>bw<br>Morris v. Omar Khadr | 4.70 | $215.00 | $1,010.50 |
| Review pleading; work on fact section revisions based on guilty plea(lengthy), ████████ | | | | | |
| 71365<br>2/18/2014<br>Billed | TIME | LXT<br>bw<br>Morris v. Omar Khadr | 1.70 | $215.00 | $365.50 |
| Continue to draft facts in complaint | | | | | |
| 71372<br>2/19/2014<br>Billed | TIME | LXT<br>bw<br>Morris v. Omar Khadr | 2.21 | $215.00 | $475.15 |
| Review materials on solatiam claims; finalize draft complaint with additional information | | | | | |
| 71494<br>2/21/2014<br>Billed | TIME | LXT<br>bw<br>Morris v. Omar Khadr | 2.10 | $215.00 | $451.50 |
| Finalize complaint ████████ | | | | | |
| 71550<br>2/26/2014<br>Billed | TIME | MC<br>bw<br>Morris v. Omar Khadr | 0.20 | $90.00 | $18.00 |
| Follow-up (by phone and e-mail) with Speer regarding Executrix documents. | | | | | |
| 71553<br>2/27/2014<br>Billed | TIME | MC<br>bw<br>Morris v. Omar Khadr | 0.10 | $90.00 | $9.00 |
| Further attempts to contact Speer regarding necessary documents. | | | | | |
| 71787<br>2/28/2014<br>Billed | TIME | LXT<br>bw<br>Morris v. Omar Khadr | 1.20 | $215.00 | $258.00 |
| Revise fact section of Complaint | | | | | |

4/24/2015                                Winder and Counsel
10:34 AM            Slip Listing Detail By Category (Fees & Costs)          Page   19

| Slip ID | | Timekeeper | | | |
| Dates and Time | | Activity | | | |
| Status | | Client | | | |
| Description | | Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 71913 | TIME | LXT | 2.10 | $215.00 | $451.50 |
| 3/4/2014 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |
| Finalize draft complaint | | | | | |
| 71909 | TIME | MC | 0.10 | $90.00 | $9.00 |
| 3/5/2014 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |
| Further attempts to contact Tabitha Speer regarding necessary executrix documents. | | | | | |
| 73454 | TIME | DJW | 0.20 | $395.00 | $79.00 |
| 4/17/2014 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |
| Preparation ▇▇▇▇▇▇ | | | | | |
| 72945 | TIME | JER | 0.30 | $295.00 | $88.50 |
| 4/21/2014 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |
| Research ages of Speers children | | | | | |
| 73455 | TIME | DJW | 1.00 | $395.00 | $395.00 |
| 4/21/2014 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |
| ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | | | | | |
| 72973 | TIME | LXT | 1.30 | $215.00 | $279.50 |
| 4/22/2014 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |
| Finalize complaint and assemble exhibits | | | | | |
| 72987 | TIME | LXT | 0.20 | $215.00 | $43.00 |
| 4/23/2014 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |
| ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | | | | | |
| 73301 | TIME | DJW | 0.45 | $395.00 | $177.75 |
| 4/29/2014 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |
| ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | | | | | |

| Slip ID Dates and Time Status Description | | Timekeeper Activity Client Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 73303 4/30/2014 Billed | TIME | DJW bw Morris v. Omar Khadr | 0.50 | $395.00 | $197.50 |

███████████████████████████████████

| 73443 4/30/2014 Billed | TIME | LXT bw Morris v. Omar Khadr | 2.40 | $215.00 | $516.00 |

Research pleadings on military website; begin preparations for the TV taping next week; █████████████████████████

| 74080 5/5/2014 Billed | TIME | DJW bw Morris v. Omar Khadr | 0.65 | $395.00 | $256.75 |

Prepare for and attend telephone conference with TV Producer and prepare for show

| 73514 5/5/2014 Billed | TIME | JJ bw Morris v. Omar Khadr | 2.50 | $90.00 | $225.00 |

Researched summons on individuals in a foreign country, and spoke with the "central authority" for Canada.

| 73553 5/5/2014 Billed | TIME | MC bw Morris v. Omar Khadr | 0.10 | $100.00 | $10.00 |

Research on previous judgment on Omar's father, Ahmed Said Khadr.

| 73567 5/6/2014 Billed | TIME | LXT bw Morris v. Omar Khadr | 2.70 | $215.00 | $580.50 |

Pull statutes, pleadings and try to find guilty pleading on line (could not locate); begin review for studio spot

| 74081 5/6/2014 Billed | TIME | DJW bw Morris v. Omar Khadr | 1.25 | $395.00 | $493.75 |

Receive and review Decision vs. Ahmed Khadr, preparation (further) for TV show, preparation (further) for interview on the show, research "Cold Terror" by Stewart Bell and similar books

| 73577 5/7/2014 Billed | TIME | JJ bw Morris v. Omar Khadr | 0.40 | $90.00 | $36.00 |

Winder and Counsel
Slip Listing Detail By Category (Fees & Costs)

| Slip ID<br>Dates and Time<br>Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|---|
| Drafted summons | | | | | | |
| 73604<br>5/7/2014<br>Billed | TIME | | LXT<br>bw<br>Morris v. Omar Khadr | 2.50 | $215.00 | $537.50 |
| Gather and begin reviewing documents for TV spot (which was<br>subsequently postponed) | | | | | | |
| 74082<br>5/7/2014<br>Billed | TIME | No Charge | DJW<br>bw<br>Morris v. Omar Khadr | 0.15 | $395.00 | $59.25 |
| Receive and review email postponing filming | | | | | | |
| 74070<br>5/20/2014<br>Billed | TIME | | DJW<br>bw<br>Morris v. Omar Khadr | 0.25 | $395.00 | $98.75 |
| Receive and review e-mails regarding filming | | | | | | |
| 73787<br>5/21/2014<br>Billed | TIME | | JER<br>bw<br>Morris v. Omar Khadr | 0.20 | $295.00 | $59.00 |
| Review complaint | | | | | | |
| 73805<br>5/21/2014<br>Billed | TIME | | LXT<br>bw<br>Morris v. Omar Khadr | 3.40 | $215.00 | $731.00 |
| Review materials in preparation for television spot | | | | | | |
| 74071<br>5/21/2014<br>Billed | TIME | No Charge | DJW<br>bw<br>Morris v. Omar Khadr | 0.20 | $395.00 | $79.00 |
| Receive and review Tribune Article regarding 9/11 Memorial | | | | | | |
| 74237<br>5/22/2014<br>Billed | TIME | | JER<br>bw<br>Morris v. Omar Khadr | 0.30 | $295.00 | $88.50 |
| Assist with revisions to final draft complaint | | | | | | |
| 73808<br>5/22/2014<br>Billed | TIME | | LXT<br>bw<br>Morris v. Omar Khadr | 9.20 | $215.00 | $1,978.00 |
| Prepare for and attend television taping; revise complaint and summons<br>based on numbers from prior cases, field interview calls | | | | | | |

4/24/2015                          Winder and Counsel
10:34 AM              Slip Listing Detail By Category (Fees & Costs)                    Page    22

| Slip ID | | Timekeeper | | | |
| Dates and Time | | Activity | | | |
| Status | | Client | | | |
| Description | | Reference | Units | Rate | Slip Value |
| --- | --- | --- | --- | --- | --- |
| 74069 | TIME | DJW | 5.00 | $395.00 | $1,975.00 |
| 5/22/2014 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |

Review and revise Amended Complaint  prepare for and attend
telephone conference Interview, file review including review of Federal
Court Opinion vs Ahmed Khadr, preparation - case strategy, conference
with client (Layne Morris), preparation e-mail to other news reporters,
telephone conference with Canadian Press ███████████████████████████
████████████████████████████████████████████████████████████

| 73836 | TIME | LXT | 3.10 | $215.00 | $666.50 |
| 5/23/2014 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |

Prepare for an attend sykpe interview with CBC; telephone conference
████████████ review method of service to Omar Khadr

| 74038 | TIME | DJW | 0.20 | $395.00 | $79.00 |
| 5/23/2014 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |

Receive and review file Complaint

| 74068 | TIME | DJW | 1.20 | $395.00 | $474.00 |
| 5/23/2014 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |

Prepare for and attend Canadian Broadcast News interview, telephone
conference with AP (Knox) (lengthy) and preparation e-mail to same

| 74040 | TIME | DJW | 0.45 | $395.00 | $177.75 |
| 5/27/2014 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |

Preparation to serve Complaint and telephone conference with AP
(Michelle Price), legal research regarding Federal Rules of Civil
Procedure 4 & 12

| 73876 | TIME | LXT | 3.20 | $215.00 | $688.00 |
| 5/27/2014 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |

Prepare for and conduct interviews for trial; continue to try to locate
Canadian complaint (Omar v Canadian Government)

| 74039 | TIME | DJW | 0.15 | $395.00 | $59.25 |
| 5/27/2014 | | bw | | | |
| Billed | No Charge | Morris v. Omar Khadr | | | |

Receive and review Tribune Article

4/24/2015                                          Winder and Counsel
10:34 AM                            Slip Listing Detail By Category (Fees & Costs)                    Page    23

| Slip ID Dates and Time Status Description | | Timekeeper Activity Client Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 74041 5/28/2014 Billed | TIME | DJW bw Morris v. Omar Khadr | 0.25 | $395.00 | $98.75 |
| Telephone conference with AP (Michelle Price) | | | | | |
| 73920 5/29/2014 Billed | TIME | LXT bw Morris v. Omar Khadr | 0.60 | $215.00 | $129.00 |
| Modify and send service of process form | | | | | |
| 74032 5/30/2014 Billed | TIME | No Charge | DJW bw Morris v. Omar Khadr | 0.40 | $395.00 | $158.00 |
| ████████████████████████████████ | | | | | |
| 74682 6/9/2014 Billed | TIME | No Charge | DJW bw Morris v. Omar Khadr | 0.15 | $395.00 | $59.25 |
| Receive and review Wikipedia Article | | | | | |
| 74683 6/10/2014 Billed | TIME | DJW bw Morris v. Omar Khadr | 0.15 | $395.00 | $59.25 |
| Review status regarding service of process and email from process server | | | | | |
| 74867 6/26/2014 Billed | TIME | LXT bw Morris v. Omar Khadr | 0.60 | $215.00 | $129.00 |
| Telephone conference with the prison in Ottowa indicating Khadr had been served but refused to accept service personally, but service was valid.  They were going to fill out the paperwork and return it to me in the next week or so.  Update to Layne Morris ████████████ | | | | | |
| 75259 7/1/2014 Billed | TIME | DJW bw Morris v. Omar Khadr | 0.20 | $395.00 | $79.00 |
| Receive and review Return of Service and prepare letter to Omar's Counsel | | | | | |
| 75186 7/3/2014 Billed | TIME | LXT bw Morris v. Omar Khadr | 1.20 | $215.00 | $258.00 |
| Letter to opposing counsel (Dennis Edney) regarding service of | | | | | |

| Slip ID<br>Dates and Time<br>Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| process; file notice of service | | | | | |
| 75239<br>7/7/2014<br>Billed | TIME | LXT<br>bw<br>Morris v. Omar Khadr | 2.10 | $215.00 | $451.50 |
| Draft letter and send the service of process information to clients █████ ██████ telephone conversation and e-mail correspondence with opposing counsel from Canada regarding an extension of time; circulate information to clients | | | | | |
| 75491<br>7/16/2014<br>Billed | TIME | LXT<br>bw<br>Morris v. Omar Khadr | 0.80 | $215.00 | $172.00 |
| ███████████████████████████ | | | | | |
| 75674<br>7/21/2014<br>Billed | TIME | DJW<br>bw<br>Morris v. Omar Khadr | 0.15 | $395.00 | $59.25 |
| Preparation - Extension Request | | | | | |
| 75579<br>7/21/2014<br>Billed | TIME | LXT<br>bw<br>Morris v. Omar Khadr | 1.40 | $215.00 | $301.00 |
| Telephone conference with potential opposing counsel (Scott Young) (lengthy) regarding extension to answer late; some of the logistics of the action; correspond with clients (Layne and Tabitha) regarding same; follow up with potential opposing counsel | | | | | |
| 75776<br>7/25/2014<br>Billed | TIME | DJW<br>bw<br>Morris v. Omar Khadr | 0.30 | $395.00 | $118.50 |
| Conference with Attorney Fericks and telephone conference with Attorney Call regarding representation of Omar | | | | | |
| 76038<br>8/5/2014<br>Billed | TIME | LXT<br>bw<br>Morris v. Omar Khadr | 7.30 | $215.00 | $1,569.50 |
| Pull and review trial transcripts for information other than Khadr's testimony to use in response to editorial piece in New York Times; write response | | | | | |
| 76087<br>8/5/2014<br>Billed | TIME | No Charge | DJW<br>bw<br>Morris v. Omar Khadr | 0.45 | $395.00 | $177.75 |

4/24/2015                 Winder and Counsel

10:34 AM       Slip Listing Detail By Category (Fees & Costs)         Page    25

| Slip ID<br>Dates and Time<br>Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Receive and review New York Times Editorial and prepare letter to editor | | | | | |
| 76065<br>8/6/2014<br>Billed | TIME | LXT<br>bw<br>Morris v. Omar Khadr | 0.90 | $215.00 | $193.50 |
| Work on amending complaint as per DJW instructions | | | | | |
| 76088<br>8/6/2014<br>Billed | TIME | DJW<br>bw<br>Morris v. Omar Khadr | 0.40 | $395.00 | $158.00 |
| Preparation - Amended Complaint | | | | | |
| 76123<br>8/8/2014<br>Billed | TIME | LXT<br>bw<br>Morris v. Omar Khadr | 4.30 | $215.00 | $924.50 |
| Draft language in amended complaint; file amended complaint; draft letters to anticipated local opposing counsel; draft letter to Canadian counsel for Khadr | | | | | |
| 76177<br>8/12/2014<br>Billed | TIME | LXT<br>bw<br>Morris v. Omar Khadr | 0.30 | $215.00 | $64.50 |
| Prepare summons | | | | | |
| 77304<br>8/14/2014<br>Billed | TIME | DJW<br>bw<br>Morris v. Omar Khadr | 0.15 | $395.00 | $59.25 |
| Review status *Inadvertently Omitted from August 2014 Statement | | | | | |
| 76394<br>8/19/2014<br>Billed | TIME | No Charge | DJW<br>bw<br>Morris v. Omar Khadr | 0.20 | $395.00 | $79.00 |
| Review and revise Complaint | | | | | |
| 76296<br>8/20/2014<br>Billed | TIME | No Charge | BH<br>bw<br>Morris v. Omar Khadr | 1.00 | $100.00 | $100.00 |
| Prepare update for Omar Khadr Wikipedia site. | | | | | |
| 77228<br>9/2/2014<br>Billed | TIME | No Charge | DJW<br>bw<br>Morris v. Omar Khadr | 0.10 | $395.00 | $39.50 |

4/24/2015                              Winder and Counsel
10:34 AM                   Slip Listing Detail By Category (Fees & Costs)              Page      26

| Slip ID | Timekeeper | | | |
| Dates and Time | Activity | | | |
| Status | Client | | | |
| Description | Reference | Units | Rate | Slip Value |

Receive and review Email ▮▮▮▮▮▮▮▮▮ & Preparation of Reply

| 76813 | TIME | DCJ | 2.30 | $100.00 | $230.00 |
| 9/8/2014 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |

Drafted notice of Entry of Default Judgment

| 76849 | TIME | LXT | 2.30 | $215.00 | $494.50 |
| 9/9/2014 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |

Revise motion for entry of default judgment and affidavit in support

| 76870 | TIME | LXT | 2.10 | $215.00 | $451.50 |
| 9/10/2014 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |

Continue to work on motion for entry of default and affidavit; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| 76873 | TIME | LXT | 1.10 | $215.00 | $236.50 |
| 9/10/2014 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |

File and mail out motion for entry of default; ▮▮▮▮▮▮▮▮▮▮

| 76891 | TIME | DCJ | 1.70 | $100.00 | $170.00 |
| 9/10/2014 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |

Drafted motion for entry of default

| 76894 | TIME | DCJ | 1.20 | $100.00 | $120.00 |
| 9/11/2014 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |

Drafted motion for entry of default and declaration is support of motion for default

| 76900 | TIME | LXT | 0.60 | $215.00 | $129.00 |
| 9/12/2014 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |

Telephone interview regarding the motion for default judgment filed

| 76915 | TIME | LXT | 0.10 | $215.00 | $21.50 |
| 9/15/2014 | | bw | | | |
| Billed | | Morris v. Omar Khadr | | | |

Sent along interview request information to client (Tabitha)

4/24/2015
10:34 AM

Winder and Counsel
Slip Listing Detail By Category (Fees & Costs)

Page    27

| Slip ID<br>Dates and Time<br>Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 77229<br>9/22/2014<br>Billed | TIME | DJW<br>bw<br>Morris v. Omar Khadr | 0.25 | $395.00 | $98.75 |
| Preparation - Damages Prove Up | | | | | |
| 77454<br>10/3/2014<br>Billed | TIME | LXT<br>bw<br>Morris v. Omar Khadr | 1.30 | $215.00 | $279.50 |
| ███████████████████ | | | | | |
| 77545<br>10/7/2014<br>Billed | TIME | LXT<br>bw<br>Morris v. Omar Khadr | 0.90 | $215.00 | $193.50 |
| Telephone conference with Matt Harrington of University of Montreal;<br>send copy of Complaint to Mr. Harrington | | | | | |
| 77994<br>10/13/2014<br>Billed | TIME | JER<br>bw<br>Morris v. Omar Khadr | 0.90 | $295.00 | $265.50 |
| Begin gathering relevant documents for Motion for Default judgment | | | | | |
| 77682<br>10/15/2014<br>Billed | TIME | JER<br>bw<br>Morris v. Omar Khadr | 2.20 | $295.00 | $649.00 |
| Prepare documents for Default Judgment | | | | | |
| 77879<br>10/22/2014<br>Billed | TIME | DCJ<br>bw<br>Morris v. Omar Khadr | 0.40 | $100.00 | $40.00 |
| Pulled previously filed documents in support of Judge Cassell's memo<br>decision in previous Khadr case and began drafting memorandum in<br>support of Proposed Form of Default Judgment. | | | | | |
| 77882<br>10/23/2014<br>Billed | TIME | DCJ<br>bw<br>Morris v. Omar Khadr | 0.50 | $100.00 | $50.00 |
| Drafted memorandum in support of proposed form of default judgment. | | | | | |
| 78555<br>11/11/2014<br>Billed | TIME | DCJ<br>bw<br>Morris v. Omar Khadr | 3.50 | $100.00 | $350.00 |
| Reviewed recent case law regarding solatium damage awards and<br>prepared draft memo in support of proposed | | | | | |

4/24/2015                       Winder and Counsel  
10:34 AM          Slip Listing Detail By Category (Fees & Costs)             Page    28

| Slip ID<br>Dates and Time<br>Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 78558<br>11/12/2014<br>Billed | TIME | DCJ<br>bw<br>Morris v. Omar Khadr | 1.90 | $100.00 | $190.00 |
| Completed draft memo in support of proposed form of default judgment | | | | | |
| 78588<br>11/13/2014<br>Billed | TIME | LXT<br>bw<br>Morris v. Omar Khadr | 2.30 | $215.00 | $494.50 |
| Work on memorandum for default judgment | | | | | |
| 78562<br>11/14/2014<br>Billed | TIME | DCJ<br>bw<br>Morris v. Omar Khadr | 0.20 | $100.00 | $20.00 |
| Revised  memo in support of proposed form of default judgment | | | | | |
| 79210<br>12/9/2014<br>Billed | TIME | JWH<br>bw<br>Morris v. Omar Khadr | 1.00 | $340.00 | $340.00 |
| Review and revise default judgment memorandum | | | | | |
| 79551<br>12/23/2014<br>Billed | TIME | RB<br>bw<br>Morris v. Omar Khadr | 0.60 | $100.00 | $60.00 |
| Drafted memorandum in support of Plaintiff's proposed form of default judgment. | | | | | |
| 79840<br>1/5/2015<br>Billed | TIME | RB<br>bw<br>Morris v. Omar Khadr | 1.10 | $100.00 | $110.00 |
| Drafted memorandum in support of Plaintiff's proposed form of default judgment. | | | | | |
| 79897<br>1/5/2015<br>Billed | TIME | LXT<br>bw<br>Morris v. Omar Khadr | 1.10 | $215.00 | $236.50 |
| Review, revise and locate a new life table as an exhibit for motion for declaratory judgment | | | | | |
| 79869<br>1/7/2015<br>Billed | TIME | RB<br>bw<br>Morris v. Omar Khadr | 0.30 | $100.00 | $30.00 |
| Drafted memorandum in support of Plaintiff's proposed form of default judgment. | | | | | |

4/24/2015
10:34 AM

**Winder and Counsel**
Slip Listing Detail By Category (Fees & Costs)

Page    29

| Slip ID<br>Dates and Time<br>Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 79940<br>1/7/2015<br>Billed | TIME | LXT<br>bw<br>Morris v. Omar Khadr | 0.80 | $215.00 | $172.00 |
| Review revised memorandum in support of declaratory judgment | | | | | |
| 80395<br>1/26/2015<br>Billed | TIME | DJW<br>bw<br>Morris v. Omar Khadr | 1.35 | $395.00 | $533.25 |
| Review and revise (extensively) Memorandum in Support of Default Judgment | | | | | |
| 80581<br>2/1/2015<br>WIP | TIME | LXT<br>bw<br>Morris v. Omar Khadr | 2.50 | $215.00 | $537.50 |
| Revise memorandum | | | | | |
| 80718<br>2/2/2015<br>WIP | TIME | LXT<br>bw<br>Morris v. Omar Khadr | 8.30 | $215.00 | $1,784.50 |
| Conduct additional research, continue to work on draft memorandum in support of default judgment | | | | | |
| 80719<br>2/3/2015<br>WIP | TIME | LXT<br>bw<br>Morris v. Omar Khadr | 3.80 | $215.00 | $817.00 |
| Continue to work on draft memorandum | | | | | |
| 80763<br>2/3/2015<br>WIP | TIME | LXT<br>bw<br>Morris v. Omar Khadr | 1.40 | $215.00 | $301.00 |
| Work on memorandum | | | | | |
| 80773<br>2/8/2015<br>WIP | TIME | LXT<br>bw<br>Morris v. Omar Khadr | 1.20 | $215.00 | $258.00 |
| Revise memorandum | | | | | |
| 80791<br>2/9/2015<br>WIP | TIME | LXT<br>bw<br>Morris v. Omar Khadr | 6.40 | $215.00 | $1,376.00 |
| Revise brief; draft affidavit of attorney fees; | | | | | |

4/24/2015                           Winder and Counsel
10:34 AM             Slip Listing Detail By Category (Fees & Costs)                    Page     30

| Slip ID Dates and Time Status Description | | Timekeeper Activity Client Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 81388 2/9/2015 WIP | TIME | MC bw Morris v. Omar Khadr | 1.35 | $125.00 | $168.75 |

Review memo ISO default judgment. Research for citations.

| Total: Time | | | | | |
|---|---|---|---|---|---|
| | | Billable | 212.86 | | $50,972.65 |
| | | Unbillable | 5.50 | | $1,877.50 |
| | | Total | 218.36 | | $52,850.15 |

| Slip Type: Expense | | | | | |
|---|---|---|---|---|---|
| 49851 8/31/2012 Billed | EXP | RECEPTION POST Morris v. Omar Khadr | 1 | $0.90 | $0.90 |

Postage

| 49765 8/31/2012 Billed | EXP | RECEPTION SCAN Morris v. Omar Khadr | 4 | $0.20 | $0.80 |

Scanning Charge - (In House) First 500 @ $0.20 each

| 52604 10/16/2012 Billed | EXP | KS WR Morris v. Omar Khadr | 1 | $19.40 | $19.40 |

Westlaw Research

| 52465 10/31/2012 Billed | EXP | LL SCAN Morris v. Omar Khadr | 10 | $0.20 | $2.00 |

Scanning Charge - (In House) First 500 @ $0.20 each

| 52464 10/31/2012 Billed | EXP | LL PHOTOCOPY Morris v. Omar Khadr | 7 | $0.20 | $1.40 |

Photocopy Charge - (In House) First 500 @ $0.20 each

| 53585 11/30/2012 Billed | EXP | KS SCAN Morris v. Omar Khadr | 1 | $0.20 | $0.20 |

Scanning Charge - (In House) First 500 @ $0.20 each

| 55692 1/9/2013 Billed | EXP | KS WR Morris v. Omar Khadr | 1 | $5.50 | $5.50 |

Winder and Counsel
Slip Listing Detail By Category (Fees & Costs)

| Slip ID<br>Dates and Time<br>Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| **Westlaw Research** | | | | | |
| 58930<br>4/9/2013<br>Billed | EXP | KS<br>WR<br>Morris v. Omar Khadr | 1 | $20.20 | $20.20 |
| **Westlaw Research** | | | | | |
| 58709<br>4/30/2013<br>Billed | EXP | KS<br>PHOTOCOPY<br>Morris v. Omar Khadr | 83 | $0.20 | $16.60 |
| Photocopy Charge - (In House) First 500 @ $0.20 each | | | | | |
| 62775<br>8/14/2013<br>Billed | EXP | JWH<br>WR<br>Morris v. Omar Khadr | 1 | $32.50 | $32.50 |
| **Westlaw Research** | | | | | |
| 62776<br>8/21/2013<br>Billed | EXP | JWH<br>WR<br>Morris v. Omar Khadr | 1 | $2.50 | $2.50 |
| **Westlaw Research** | | | | | |
| 62777<br>8/22/2013<br>Billed | EXP | JWH<br>WR<br>Morris v. Omar Khadr | 1 | $69.30 | $69.30 |
| **Westlaw Research** | | | | | |
| 70070<br>12/31/2013<br>Billed | EXP | RECEPTION<br>PHOTOCOPY<br>Morris v. Omar Khadr | 20 | $0.20 | $4.00 |
| Photocopy Charge - (In House) First 500 @ $0.20 each | | | | | |
| 70112<br>12/31/2013<br>Billed | EXP | RECEPTION<br>POST<br>Morris v. Omar Khadr | 1 | $0.46 | $0.46 |
| Postage | | | | | |
| 73183<br>4/30/2014<br>Billed | EXP | RECEPTION<br>SCAN<br>Morris v. Omar Khadr | 159 | $0.20 | $31.80 |
| Scanning Charge - (In House) First 500 @ $0.20 each | | | | | |

4/24/2015
10:34 AM

Winder and Counsel
Slip Listing Detail By Category (Fees & Costs)

Page    32

| Slip ID Dates and Time Status Description | | Timekeeper Activity Client Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 73182 4/30/2014 Billed | EXP | RECEPTION PHOTOCOPY Morris v. Omar Khadr | 121 | $0.20 | $24.20 |
| Photocopy Charge - (In House) First 500 @ $0.20 each | | | | | |
| 73230 4/30/2014 Billed | EXP | RECEPTION PHOTOCOPY Morris v. Omar Khadr | 27 | $0.20 | $5.40 |
| Photocopy Charge - (In House) First 500 @ $0.20 each | | | | | |
| 74256 5/5/2014 Billed | EXP | RECEPTION WR Morris v. Omar Khadr | 1 | $8.70 | $8.70 |
| Westlaw Research | | | | | |
| 74257 5/6/2014 Billed | EXP | RECEPTION WR Morris v. Omar Khadr | 1 | $12.40 | $12.40 |
| Westlaw Research | | | | | |
| 74258 5/21/2014 Billed | EXP | RECEPTION WR Morris v. Omar Khadr | 1 | $25.10 | $25.10 |
| Westlaw Research | | | | | |
| 74259 5/22/2014 Billed | EXP | RECEPTION WR Morris v. Omar Khadr | 1 | $1.60 | $1.60 |
| Westlaw Research | | | | | |
| 73840 5/27/2014 Billed | EXP | RECEPTION Subpoena fees Morris v. Omar Khadr | 1 | $47.75 | $47.75 |
| Service of Summons | | | | | |
| 74420 5/29/2014 Billed | EXP | HTH Postage Morris v. Omar Khadr | 1 | $71.51 | $71.51 |
| FedEx; Inv# 132157952; Darlene Query | | | | | |
| 73977 5/30/2014 Billed | EXP | RECEPTION PHOTOCOPY Morris v. Omar Khadr | 40 | $0.20 | $8.00 |

4/24/2015                 Winder and Counsel
10:34 AM         Slip Listing Detail By Category (Fees & Costs)          Page     33

| Slip ID<br>Dates and Time<br>Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| Photocopy Charge - (In House) First 500 @ $0.20 each | | | | |
| 73933<br>5/30/2014<br>Billed | EXP | RECEPTION<br>PHOTOCOPY<br>Morris v. Omar Khadr | 500 | $0.20 | $100.00 |
| Photocopy Charge - (In House) First 500 @ $0.20 each | | | | |
| 73934<br>5/30/2014<br>Billed | EXP | RECEPTION<br>PHOTOCOPY2<br>Morris v. Omar Khadr | 26 | $0.20 | $5.20 |
| Photocopy Charge - (In House) Remaining Copies @ $0.10 each | | | | |
| 73935<br>5/30/2014<br>Billed | EXP | RECEPTION<br>SCAN<br>Morris v. Omar Khadr | 246 | $0.20 | $49.20 |
| Scanning Charge - (In House) First 500 @ $0.20 each | | | | |
| 74016<br>5/30/2014<br>Billed | EXP | RECEPTION<br>POST<br>Morris v. Omar Khadr | 1 | $0.48 | $0.48 |
| Postage | | | | |
| 75382<br>7/9/2014<br>Billed | EXP | HTH<br>Postage<br>Morris v. Omar Khadr | 1 | $73.98 | $73.98 |
| FedEx Inv# 133490172; Dennis Edney, PC | | | | |
| 76130<br>8/11/2014<br>Billed | EXP | HTH<br>Postage<br>Morris v. Omar Khadr | 1 | $35.95 | $35.95 |
| Postage to opposing counsel; amended complaint | | | | |
| 76705<br>8/31/2014<br>Billed | EXP | TD<br>PHOTOCOPY<br>Morris v. Omar Khadr | 4 | $0.20 | $0.80 |
| Photocopy Charge - (In House) First 500 @ $0.20 each | | | | |
| 76706<br>8/31/2014<br>Billed | EXP | TD<br>SCAN<br>Morris v. Omar Khadr | 6 | $0.20 | $1.20 |
| Scanning Charge - (In House) First 500 @ $0.20 each | | | | |

4/24/2015
10:34 AM

Winder and Counsel
Slip Listing Detail By Category (Fees & Costs)

Page    34

| Slip ID Dates and Time Status Description | | Timekeeper Activity Client Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 76882 9/12/2014 Billed | EXP | HTH Postage Morris v. Omar Khadr | 1 | $35.95 | $35.95 |
| Service of Motion for Entry of Default | | | | | |
| 77163 9/30/2014 Billed | EXP | TD SCAN Morris v. Omar Khadr | 5 | $0.20 | $1.00 |
| Scanning Charge - (In House) First 500 @ $0.20 each | | | | | |
| 79778 12/23/2014 Billed | EXP | TD WR Morris v. Omar Khadr | 1 | $5.50 | $5.50 |
| Westlaw Research | | | | | |
| 81316 2/2/2015 WIP | EXP | TD WR Morris v. Omar Khadr | 1 | $96.60 | $96.60 |
| Westlaw Research | | | | | |
| 81317 2/5/2015 WIP | EXP | TD WR Morris v. Omar Khadr | 1 | $22.70 | $22.70 |
| Westlaw Research | | | | | |
| 81315 2/9/2015 WIP | EXP | TD WR Morris v. Omar Khadr | 1 | $3.30 | $3.30 |
| Westlaw Research | | | | | |
| 81318 2/9/2015 WIP | EXP | TD WR Morris v. Omar Khadr | 1 | $1.70 | $1.70 |
| Westlaw Research | | | | | |

Total: Expense

| | | | |
|---|---|---|---|
| | Billable | 0.00 | $845.78 |
| | Unbillable | 0.00 | $0.00 |
| | Total | 0.00 | $845.78 |

Grand Total

| | | | |
|---|---|---|---|
| | Billable | 212.86 | $51,818.43 |

| Slip ID<br>  Dates and Time<br>  Status<br>  Description | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| | Unbillable | 5.50 | | $1,877.50 |
| | Total | 218.36 | | $53,695.93 |