Donald J. Winder (#3519)
Laura H. Tanner (#13882)
WINDER & COUNSEL, P.C.
460 South 400 East
Salt Lake City, UT  84111
Telephone: (801) 322-2222
Facsimile:  (801) 322-2282
ltanner@winderfirm.com

*Attorneys for Plaintiffs*

FILED
U.S. DISTRICT COURT

2015 JUN -8  ⊃ 4: 11

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LAYNE MORRIS, an individual; LEISL MORRIS in her own right,  TABITHA SPEER, in her own right; TABITHA SPEER, as Executrix of the ESTATE OF CHRISTOPHER SPEER; and TABITHA SPEER on behalf of her minor children T.S. and T.S.,<br><br>Plaintiffs,<br><br>v.<br><br>OMAR KHADR, an individual,<br><br>Defendant. | ORDER FOR DEFAULT JUDGMENT<br><br><br>Civil No.: 2:14-cv-00391·<br><br>Judge Tena Campbell  TC |

Defendant OMAR KHADR has failed to plead or otherwise defend in this action and default has been entered against him.

The court, being fully advised in the premises, and for good cause appearing hereby ORDERS, ADJUDGES and DECREES Plaintiffs LAYNE MORRIS, individually; LEISL MORRIS, individually; TABITHA SPEER, individually; TABITHA SPEER, as Executrix of the

ESTATE OF CHRISTOPHER SPEER; and TABITHA SPEER on behalf of her minor children T.S. and T.S., be awarded judgment against said Defendant in the amount of:

| | |
|---|---|
| Principal: | $ 134.1 Million |
| Attorney's Fees: | $ 51,818.43 |
| Costs: | $ 845.78 |
| **TOTAL JUDGMENT:** | **$134,152,664.21** |

Interest on the total judgment at the weekly post-judgment interest rate as provided by 28 U.S.C. 1961, will accrue from the date of this judgment until paid, plus after accruing costs.

IT IS FURTHER ORDERED that this judgment shall be augmented in the amount of reasonable costs and attorney's fees expended collecting this judgment by execution or otherwise as shall be established by affidavit.

Dated this ___8th___ day of June, 2015.

BY THE COURT:

_Tena Campbell_
Hon. Tena Campbell

2