Case: 2:14cv391

Omar Khadr
C/O THE BOWDEN INSTITUTION
PO BOX 6000
INNISFAIL ALBERTA, T4G 1V1
CANADA

---

No New Address Information Available

Date 6/30/15

Initials KH

MIME-Version:1.0 From:utd_enotice@utd.uscourts.gov To:ecf_notice@localhost.localdomain Bcc: Message-Id:<3077220@utd.uscourts.gov>Subject:Activity in Case 2:14-cv-00391-TC Morris et al v. Khadr Default Judgment Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524-6851**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**US District Court Electronic Case Filing System**

**District of Utah**

**Notice of Electronic Filing**
The following transaction was entered on 6/8/2015 at 4:22 PM MDT and filed on 6/8/2015

**Case Name:** Morris et al v. Khadr

**Case Number:** 2:14-cv-00391-TC

**Filer:**

**WARNING: CASE CLOSED on 06/08/2015**

**Document Number:** 16

**Docket Text:**
**DEFAULT JUDGMENT entered in favor of Layne Morris, Leisl Morris, Tabitha Speer and against Omar Khadr in the total amount of $134,152,664.21 (Prinicipal, $134,100,000.00; Attorneys Fees, $51,818.43; Costs, $845.78). Interest on the total judgment at the weekly post-judgment interest rate as provided by 28:1961, will accrue from the date of this judgment until paid, plus after accruing costs. This judgment shall also be augmented in the amount ofreasonable costs and attorney's fees expended collecting this judgment - CASE CLOSED. Signed by Judge Tena Campbell on 6/8/15 (alt)**

**2:14-cv-00391-TC Notice has been electronically mailed to:**
Donald J. Winder dwinder@winderfirm.com, hbailey@winderfirm.com, lhannibal@winderfirm.com
Laura H. Tanner ltanner@winderfirm.com, smoen@winderfirm.com, snelson@winderfirm.com, tannerlaura@msn.com
**2:14-cv-00391-TC Notice has been delivered by other means to:**
Omar Khadr
C/O THE BOWDEN INSTITUTION
PO BOX 6000
INNISFAIL ALBERTA, T4G 1V1

CANADA

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=6/8/2015] [FileNumber=3077218-0]
[a9c572fb7d5635a57a72e8076e66a5abf4933303db4716a38bee5c52272e2ee71e30
a0bc802514b33a815c0bd63796390541da80a60cc210ba9a31d010354a38]]

FILED
U.S. DISTRICT COURT

2015 JUN -8 P 4: 11

DISTRICT OF UTAH

BY: DEPUTY CLERK

Donald J. Winder (#3519)
Laura H. Tanner (#13882)
WINDER & COUNSEL, P.C.
460 South 400 East
Salt Lake City, UT 84111
Telephone: (801) 322-2222
Facsimile: (801) 322-2282
ltanner@winderfirm.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LAYNE MORRIS, an individual; LEISL MORRIS in her own right, TABITHA SPEER, in her own right; TABITHA SPEER, as Executrix of the ESTATE OF CHRISTOPHER SPEER; and TABITHA SPEER on behalf of her minor children T.S. and T.S.,<br><br>Plaintiffs,<br><br>v.<br><br>OMAR KHADR, an individual,<br><br>Defendant. | ORDER FOR DEFAULT JUDGMENT<br><br>Civil No.: 2:14-cv-00391<br><br>Judge Tena Campbell TC |

Defendant OMAR KHADR has failed to plead or otherwise defend in this action and default has been entered against him.

The court, being fully advised in the premises, and for good cause appearing hereby ORDERS, ADJUDGES and DECREES Plaintiffs LAYNE MORRIS, individually; LEISL MORRIS, individually; TABITHA SPEER, individually; TABITHA SPEER, as Executrix of the

ESTATE OF CHRISTOPHER SPEER; and TABITHA SPEER on behalf of her minor children T.S. and T.S., be awarded judgment against said Defendant in the amount of:

| | |
|---|---|
| Principal: | $ 134.1 Million |
| Attorney's Fees: | $ 51,818.43 |
| Costs: | $ 845.78 |
| **TOTAL JUDGMENT:** | **$134,152,664.21** |

Interest on the total judgment at the weekly post-judgment interest rate as provided by 28 U.S.C. 1961, will accrue from the date of this judgment until paid, plus after accruing costs.

IT IS FURTHER ORDERED that this judgment shall be augmented in the amount of reasonable costs and attorney's fees expended collecting this judgment by execution or otherwise as shall be established by affidavit.

Dated this 8th day of June, 2015.

BY THE COURT:

Tena Campbell

Hon. Tena Campbell


United States District Court
District of Utah
Office of the Clerk
United States Courthouse
351 South West Temple
Salt Lake City, Utah
84101
Official Business
RETURN TO SENDER
SALT LAKE CITY
UT 840
09 JUN '15
FM 1 L
Hasler
06/08/2015
US POSTAGE
FIRST-CLASS MAIL
INTL
$01.20
ZIP 84101
011D11628168
MOVED / UNKNOWN // DEMENAGE OU INCONNU
RETURN TO SENDER
RENVOI A L'EXPEDITEUR
UT 84101
USA